**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr190-MHT** |
| | ) | **(WO)** |
| **KENNETH JAMES KEITH** | ) | |

**ORDER**

Based on the oral representations of the probation officer and defense counsel that they have reached agreement as to the extension, and because requests for extensions of the objection deadline should be directed to the probation officer before involving the court, it is ORDERED that defendant's unopposed motion for extension of time to file objections to the presentence report (Doc. 986) is denied.

DONE, this the 16th day of March, 2022.

                                       /s/ Myron H. Thompson  
                              **UNITED STATES DISTRICT JUDGE**