IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr190-MHT |
| | ) | (WO) |
| KENNETH JAMES KEITH | ) | |

## ORDER

Based on the representations made on the record on April 6, 2022, it is ORDERED that defendant Kenneth James Keith's objection to the presentence investigation report is piggybacked on and adopts the argument and presentation made by codefendant Shayla Denise Moorer in her sentencing memorandum (Doc. 818) and supplemental brief (Doc. 1036) and during oral argument on April 1, 2022. Defense counsel for Keith stated that he does not request a separate hearing or an opportunity to present additional argument or make any future argument.

DONE, this the 6th day of April, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**