IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr190-MHT |
| | ) | (WO) |
| KENNETH JAMES KEITH | ) | |

**SUPPLEMENTAL ORDER ON TREATMENT-RELATED SPECIAL CONDITIONS OF SUPERVISED RELEASE**

In accordance with the provisions of the judgment of conviction, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall:

(1) Arrange for defendant Kenneth James Keith to participate in a substance-abuse treatment program as appropriate.

(2) Arrange for defendant Keith to participate in mental-health treatment as appropriate. This mental-health treatment shall include twice monthly individual cognitive-behavioral therapy, consistent with the recommendation of Dr. Kale Kirkland in Keith's

psychological evaluation (Doc. 1133).

DONE, this the 1st day of June, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**